UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ABDELAZIZ HAMZE,**

    **Plaintiff,**

v.                                                     Case No.: 3:14cv519/MCR/EMT

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

_____/

## O R D E R

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated November 21, 2014. (Doc. 6). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The undersigned has made a *de novo* determination of Plaintiff's objections (Doc. 7), and has determined that the Chief Magistrate Judge's Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The Chief Magistrate Judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this Order.

    2. Plaintiff's Notice of Voluntary Dismissal (Doc. 5) is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 10th day of December 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**